## 9531.  FARMERS SUPPLY COMPANY v. SMITH.

LUKE, J. 1. A conveyance of realty in the form of an absolute fee-simple deed can be shown by parol evidence to be only a security deed, where the grantor, after making the deed, retains possession of the realty conveyed. *Askew* v. *Thompson*, 129 *Ga.* 325 (58 S. E. 854); *Spencer* v. *Schuman*, 132 *Ga.* 515 (64 S. E. 466). See also *Pusser* v. *Thompson*, 132 *Ga.* 280-284 (64 S. E. 75, 22 L. R. A. (N. S.) 571.

2. The charge of the court fully and fairly presented the issues to the jury. For none of the reasons assigned did the judge err in charging the jury.

3. The evidence authorized the verdict, which has the approval of the trial judge. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 16, 1918.  REHEARING DENIED JANUARY 14, 1919.

Complaint; from city court of Valdosta—Judge Cranford. January 18, 1918.

*John J. Murray, E. K. Wilcox,* for plaintiff.

*John P. Knight, Dan R. Bruce,* for defendant.

---

## 9278.  MATTOX v. BOARD OF EDUCATION OF LIBERTY COUNTY.

JENKINS, J. In accordance with the answers made by the Supreme Court to the questions certified to it in this case (148 *Ga.* 577, 97 S. E. 532), the ruling of the court below, sustaining the demurrer to the plaintiff's petition, is affirmed.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JANUARY 14, 1919.

Complaint; from Liberty superior court—Judge Sheppard. September 19, 1917.

*H. H. Elders,* for plaintiff.

*W. B. Stubbs, Parker & Parker,* for defendant.